**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUSTINE OSBORNE,

    Plaintiff,                                                        Case No.: 1:25-cv-15493

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Seller Name |
|---|---|
| 1 | zhshiun |
| 2 | Rui YongYuan |
| 3 | JYUIIKGGG |
| 4 | YangXianCangSiShangM |
| 5 | Genhash |
| 6 | Jinwaftv |
| 7 | shanxijinjiachengshengnengyuankeji |
| 8 | 室厨垫品 |
| 9 | 金华市欧狮电子商务商行 |
| 10 | BEIBEEe |
| 11 | wwensc |
| 12 | 灯明亮潇电子 |
| 13 | DingYuTing |
| 14 | 海冯边玩具 |
| 15 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 16 | 金华市淑徵服饰有限公司 |
| 17 | dongguanshijinhonggongyipin |
| 18 | hexianyusix |
| 19 | 义乌市腾劭商贸有限公司 |
| 20 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 21 | wngob |
| 22 | Find9Lun |
| 23 | wudalianchiwanhaopaimai |

| | |
|---|---|
| 24 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 25 | 室外顶线科技 |
| 26 | ZanHuangXianZheYangJianZhuAnZhuangYouXianGongSi |
| 27 | HuoZhiChen |
| 28 | mikesu |
| 29 | Sallyfanny14 |
| 30 | weixinglipear |
| 31 | Ohno Tin Signs Store |
| 32 | wanyujiewangmao32 |
| 33 | TIN66 |
| 34 | foshanshinanhaiqulengposhangmao |
| 35 | FuZhouShiJinAnQuXinDianZhenLinMengTingFuZhuangDian |
| 36 | Pejinlu |
| 37 | 淮音商贸行 |
| 38 | WangBin75 |
| 39 | 兰兰艺术海报 |
| 40 | shaoshandian78 |
| 41 | gaobaoliu123 |
| 42 | 粘贴萌宠贸易 |
| 43 | QuJingXuLiaoShangMao |
| 44 | 车贤饰内店 |
| 45 | 洪宇小店 |
| 46 | 小原子精品 |
| 47 | YellowSignShop |
| 48 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 49 | DaFengXinXingJianCai |
| 50 | ddefs |
| 51 | weidongxiaodian1 |
| 52 | ChenHongZhuangShiGongCheng |
| 53 | LanLiXiaHongTing |
| 54 | YunNanZiBin |
| 55 | JiaQiLi |
| 56 | ywyxgs |
| 57 | UniqueCustomDIYShop |
| 58 | AnZhenJianZhuGongCheng |
| 59 | heyuanzhangmaifuzhuang |
| 60 | limnnn |
| 61 | CengBo875 |
| 62 | ChenMei46 |

| 63  | ddaz、 |
|-----|---|
| 64  | xuchangdingxiazhuangshigongcheng |
| 65  | RenKeCould |
| 66  | UniqueArtStar |
| 67  | GuangZhouYiWuShangMao |
| 68  | 范书柜收纳 |
| 69  | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 70  | LianGuangWuZiXiaoShou |
| 71  | BFRGWEF |
| 72  | WangHu2025 |
| 73  | LLIANHH |
| 74  | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 75  | Tie Fa Shi Ye |
| 76  | suzhoushifuyuecaifangzhi |
| 77  | hongfajiadian |
| 78  | HeFeiLeiXiangShangMaoYouXianGongSi |
| 79  | jiannmn |
| 80  | zhoukoujinyingshangmaoyouxiangongsi |
| 81  | dongguanshiyitefangzhipinyouxiangongsi |
| 82  | Ruichun business |
| 83  | Zhuoshu Trading |
| 84  | GUOZH |
| 85  | luoheminfushangmaoyou |
| 86  | JJIWE |
| 87  | zhaoyy |
| 88  | 衡阳丰忧商贸有限公司 |
| 89  | YangBorq |
| 90  | Warlesms |
| 91  | 瀚立门帽挂件 |
| 92  | owle dinner |
| 93  | difeijiashengtaihuanjingkeji |
| 94  | SuLianShangMao126 |
| 95  | dongguanshishengyuexiecai |
| 96  | tangyinxianboliyezhuangshizhuangxiu |
| 97  | 衡阳茜勿商贸有限公司 |
| 98  | baofengxiantengdazhuangshigongcheng |
| 99  | 贫铭商贸 |
| 100 | DaoMingJianShenFuWu |
| 101 | yfyh |

| | |
|---|---|
| 102 | zhujishishangxueqizhenzhi |
| 103 | LiuHaiYan547 |
| 104 | HuiChengChongShangMaoFuZhuangDian |
| 105 | xueqianshangmao |
| 106 | Goldentai e-business |
| 107 | asafafdsgs |
| 108 | pengzheruizhongguo |
| 109 | hui B DIron painting decoration |
| 110 | Bygone Beauties |
| 111 | SPPsrone |
| 112 | zenghao |
| 113 | G Tin painting |
| 114 | Brook twe |
| 115 | Paximiga |
| 116 | Tienda de arte |
| 117 | SPPsreight |
| 118 | TDMJGO local |
| 119 | Xi Gua Tea |
| 120 | Sky City mural |